UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMMANUEL ASHEMUKE,<br><br>      Petitioner,<br><br> v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>      Respondent. | Case No. C23-1592-RSL<br><br>ORDER |

This matter comes before the Court on petitioner's request that the Court redact personal identifiers from the exhibits he submitted pursuant to Fed. R. Civ. P. 5.2(a) and LCR 5.2. Rather than have court staff perform this task, Dkt. # 34 and Dkt. # 36-1 shall remain under seal.

Dated this 3rd day of June, 2024.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER - 1