1
2
3
4
5
6      UNITED STATES DISTRICT COURT
7      WESTERN DISTRICT OF WASHINGTON
              AT SEATTLE

8  EMMANUEL ASHEMUKE,

9                    Petitioner,           Case No. C23-1592-RSL

10      v.

11  ICE FIELD OFFICE DIRECTOR,             ORDER TO SEAL AND RENOTING
                                           MOTION FOR TEMPORARY
12                   Respondent.           RESTRAINING ORDER

13

14      This matter comes before the Court on petitioner's "Request to File Under Seal or Redact

15  Evidence" (Dkt. # 44) and "Motion for Temporary Restraining Order Under F.R.C.P. Rule 65"

16  (Dkt. # 45). The motion to seal is GRANTED. Docket number 46 will remain under seal. Many

17  of the issues raised in the motion for temporary restraining order are already before the Court in

18  petitioner's motion to recharacterize/enforce to which the government will be responding on July

19  22, 2024.

20      The Clerk of Court is directed to note the motion for temporary restraining order (Dt.

21  # 45) on the Court's calendar for August 2, 2024. The government may incorporate its response

22  to the motion for temporary restraining order into its July 22nd filing. Petitioner's reply, if any,

23

ORDER TO SEAL AND RENOTING MOTION
FOR TEMPORARY RESTRAINING ORDER - 1

shall be incorporated into his reply to the motion to recharacterize/enforce and received by the Court on or before August 2, 2024.

Dated this 18th day of July, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SEAL AND RENOTING MOTION
FOR TEMPORARY RESTRAINING ORDER - 2