UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Emmanuel ASHEMUKE,<br><br>Petitioner,<br><br>v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>Respondents. | Case No. 2:23-CV-01592-RSL-MJP<br><br>**MOTION TO EXTEND WORD LIMIT FOR PETITIONER'S REPLY AND ORDER** |

Pursuant to Local Civil Rule 7(f), Mr. Ashemuke respectfully requests that the Court grant an extension of the word limit for his reply in support of a motion to enforce and for a temporary restraining order. The reply is due on August 2, 2024. *See* Dkt. 48. Counsel for Mr. Ashemuke has conferred with Michelle Lambert, counsel for Respondent, and Respondent has taken no position on this request.

Good cause exists for this request. Until Monday, July 22, 2024, Mr. Ashemuke was proceeding pro se in this case. While proceeding pro se, the Court ordered the government to administer a bond hearing that comports with the requirements of *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011). Dkt. 29. Mr. Ashemuke has since filed a motion for a temporary restraining order, *see* Dkt. 42, and a motion to enforce, *see* Dkt. 38, the briefing for which this Court has now consolidated, *see* Dkt. 48. On July 8, 2024, this Court issued an order explaining that it would "benefit from the government's input regarding the jurisdictional issues raised in

MOT. TO EXTEND WORD LIMIT FOR
PET.'R'S REPLY & ORDER - 1
Case No. 2:23-cv-01592-RSL-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-816-3872

petitioner's motion to recharacterize, the scope of any judicial review in these circumstances, and the substantive issues that are within the Court's purview." Dkt. 42.

Given that Mr. Ashemuke was previously proceeding pro se in this matter, counsel would appreciate the opportunity to address fully these issues and the merits of Mr. Ashemuke's motions. The issues presented in the Court's order requesting the government's views are complex. As an attorney with the Northwest Immigrant Rights Project, counsel regularly represents individuals in habeas corpus proceedings, and believes the Court would benefit by allowing Mr. Ashemuke's counsel to supplement his previous, pro se filings to ensure that the Court has a full picture of the relevant law before making any decision.

For these reasons, Mr. Ashemuke respectfully requests that the Court extend the word limit for his reply to 7,000 words.

Dated this 24th day of July, 2024.

Respectfully submitted,

s/ Aaron Korthuis
Aaron Korthuis
aaron@nwirp.org

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, Washington 98104
(206) 816-3872

MOT. TO EXTEND WORD LIMIT FOR
PET.'R'S REPLY & ORDER - 2
Case No. 2:23-cv-01592-RSL-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-816-3872

**ORDER**

Before the Court is the Petitioner's Motion to Extend Page Limits for the Petitioner's Reply in Support of a Motion for Temporary Restraining Order and Motion to Enforce. The Court finds that good cause exists to extend the page limits for the reply, and accordingly ORDERS that the word limit for the reply is set at 7,000 words.

Dated this 25th day of July, 2024.

*MNT S Casnik*
Robert S. Lasnik
United States District Judge

MOT. TO EXTEND WORD LIMIT FOR
PET.'R'S REPLY & ORDER - 3
Case No. 2:23-cv-01592-RSL-MJP

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 2nd Ave Ste. 400
Seattle, WA 98104
Tel: 206-816-3872